# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PAUL GAROFOLO,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT,** o/b/o **ADELE ELIZABETH FILLYAW,**
Appellees.

No. 4D18-1934

[May 30, 2019]

Appeal from the State of Florida, Department of Revenue; DOAH Case No. 18-001560-CS; Depository No. 06550020892AO; CSP Case No. 2001171022.

Ryan C. Shrouder of Spink, Shrouder & Karns, P.A., Cooper City, for appellant.

Ashley B. Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee Department of Revenue, Child Support Enforcement.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***